FILED

11/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0343

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 21-0343

IN RE THE MATTER OF THE     )
ESTATE OF ADA E. ELLIOT,    )
                            )     **ORDER**
      Deceased.             )
                            )
                            )
                            )

Appellee Joseph V. Womack, as Special Administrator of the Estate of Ada E. Elliot and the Liquidating Partner of Starfire, LP has filed a motion under Montana Rule of Appellate Procedure 26(1) for an extension of the deadline to file his answer brief up to and including December 22, 2021.

IT IS ORDERED that Womack's motion is GRANTED. Womack shall file his answer brief on or before December 22, 2021.

Dated this ___ day of November, 2021.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 8 2021